

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00008-CV

**LN PROFESSIONAL MANAGEMENT, LLC
D/B/A MEDICAL MANAGEMENT PROFESSIONALS,**

**Appellants**

 **v.**

**SOMERVELL COUNTY HOSPITAL DISTRICT
D/B/A GLEN ROSE MEDICAL CENTER,**

**Appellees**

**From the 249th District Court
Somervell County, Texas
Trial Court No. 23-213-DCCV-00009**

## MEMORANDUM OPINION

On January 8, 2024, Appellant filed a notice of appeal challenging the trial court's "Order on Defendant's Plea to the Jurisdiction," which dismissed with prejudice Appellant's claims against Appellee. On June 18, 2024, Appellant filed a motion seeking to voluntarily dismiss the appeal in this case. *See* TEX. R. APP. P. 42.1(a)(1). Appellant's motion states that Appellee does not oppose the requested relief, and Appellee has not

filed a response to the motion. Dismissal of this appeal would not prevent another party from seeking relief to which it would otherwise be entitled. *See id.* We therefore grant "Appellant's Unopposed Motion to Dismiss Appeal" and dismiss the appeal. *See id.*

There being no agreement as to costs, costs are taxed against Appellant. *Id.* at 42.1(d).

STEVE SMITH
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Motion granted; appeal dismissed
Opinion delivered and filed July 25, 2024
[CV06]

